# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**QUENTIN A. MITCHELL, # 95256-080**            **PETITIONER**

**VERSUS**            **CIVIL ACTION NO. 5:09-cv-191-DCB-MTP**

**BRUCE PEARSON**            **RESPONDENT**

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed as frivolous without prejudice and to the extent that the petition can be construed as a § 2255 motion it shall be dismissed for this court's lack of jurisdiction with prejudice.

SO ORDERED AND ADJUDGED, this the  22nd   day of January, 2010.


           s/David Bramlette
           UNITED STATES DISTRICT JUDGE